**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HELLEN YULISSA GARCIA-ALFARO,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 5:26-cv-04707-MWC-RAO

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), Dkt. No. 1; Respondents' Answer to the Petition, Dkt. No. 8; Petitioner's Reply, Dkt. No. 9; Report and Recommendation of United States Magistrate Judge ("Report"), Dkt. No. 11; and all of the records and files herein.

The time for filing objections to the Report has passed, and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

///

///

///

IT IS ORDERED that:

(1) The Petition is GRANTED;

(2) Respondents are ORDERED to release Petitioner Hellen Yulissa Garcia-Alfaro (A#246-198-803) from custody immediately and place her on the same release conditions that were in place prior to her re-detention. When releasing Petitioner, Respondents are ordered return any property seized from her in the course of her arrest and detention.

(3) Respondents are ORDERED to file a status report substantiating compliance with the Court's order within three days of this Order; and

(4) Respondents are ENJOINED from re-detaining Petitioner without providing her with prior notice and opportunity for a hearing before any re-detention

DATED: September 30, 2026

MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE