JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELLEN YULISSA GARCIA-ALFARO,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. CV 5:26-04707-MWC-RAO<br><br>JUDGMENT |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted and this action is closed.

DATED: September 30, 2026

MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE